**LUCENT TECHNOLOGIES INC.,**
**Plaintiff–Appellant,**

v.

**MICROSOFT CORPORATION,**
**Defendant–Cross**
**Appellant.**

Nos. 2012–1081, 2012–1098.

United States Court of Appeals,
Federal Circuit.

Jan. 18, 2012.

Jeanne M. Heffernan, Kirkland & Ellis LLP, New York, NY, for Plaintiff-Appellant.

Juanita R. Brooks, Fish & Richardson, P.C., San Diego, CA, for Defendant-Appellee.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).